IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONTEZ L. FULLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 10-cv-267-DRH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

**HERNDON, Chief Judge:**

Now before this Court is petitioner's motion to supplement his 28 U.S.C. § 2255 motion with additional authority (Doc. 14). Local Rule 7.1(c) for the Southern District of Illinois states "If a party believes it is necessary to supplement its brief with new authority **due to a change in the law or facts that occurred after the filing of its brief**, the party must seek leave of court to file a supplemental brief." (emphasis added). Here, the supplemental authority petitioner provides is case law decided years prior to the filing of his § 2255 motion. As such, petitioner's motion to supplement is DENIED.

**IT IS SO ORDERED.**

Signed this 8th day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.08 13:47:59 -05'00'

Chief Judge
United States District Court