IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MONTEZ L. FULLER,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                          No. 10-CV- 0267-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on May 22, 2012, the motion to vacate is **DENIED** and this petition is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:      /s/*Sandy Pannier*
                **Deputy Clerk**

Dated: May 22, 2012

Digitally signed by
David R. Herndon
Date: 2012.05.22
13:51:01 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT